1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAEL WILLIAMS<br><br>          Plaintiff,<br><br>     vs.<br><br>ODLE MANAGEMENT GROUP LLC,<br>LONG BEACH JOB CORPS d/b/a<br>LONG BEACH JOB CORPS CENTER,<br>and DOES 1 TO 100, inclusive<br><br>          Defendant. | Case No. 14-CV-07906-R-AGR<br><br>[Assigned for all purposes to The Honorable Manuel L. Real]<br><br>**JUDGMENT** |

1  The Court hereby decrees that Judgment be entered as follows:

2  1. Plaintiff's action is dismissed in its entirety for the reasons set forth in
3  the Court's Order granting Defendant Odle Management Group LLC's Motion for
4  Summary Judgment or, in the Alternative, Motion for Partial Summary Judgment
5  ("Motion").

8  Dated: August 21, 2015

The Honorable Manuel L. Real
District Court Judge